**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MOZLY TECH LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-1251-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| BMC SOFTWARE, INC. | § § | |
| Defendant. | § § | |
| MOZLY TECH LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1252-JRG-RSP |
| | § | |
| vs. | § § | CONSOLIDATED CASE |
| CITRIX SYSTEMS, INC. | § § | |
| Defendant. | § § § | |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Mozly Tech, LLC hereby notifies the Court it and Defendant Citrix Systems, Inc. have reached an agreement in principle that will resolve all pending claims between them. Accordingly, Mozly Tech, LLC files this unopposed motion for a stay of all pending deadlines, until and including February 13, 2017 so that the parties may finalize their agreement and submit dismissal papers accordingly. This stay is not sought for the purpose of delay but so that justice may be served.

| | |
|---|---|
| Dated: January 13, 2017 | Respectfully submitted, |

                                                */s/ Jay Johnson*
                                                **JAY JOHNSON**
                                                State Bar No. 24067322
                                                **BRAD KIZZIA**
                                                State Bar No. 11547550
                                                **KIZZIA JOHNSON PLLC**
                                                1910 Pacific Ave., Suite 13000
                                                Dallas, Texas 75201
                                                (214) 451-0164
                                                Fax: (214) 451-0165
                                                jay@kjpllc.com
                                                bkizzia@kjpllc.com

                                         **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on January 13, 2017 he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

                                                */s/ Jay Johnson*
                                                Jay Johnson

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on January 13, 2017.

                                                */s/* Jay Johnson
                                                 Jay Johnson